AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

District of Maryland

FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

NOV 3 0 2018

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Search of

*(Briefly describe the property to be searched or identify the person by name and address)*

Property Listed in Attachment A-2 Currently in FBI Custody

)
)
)
)
)
)

Case No.

18 - 3 1 4 7 BPG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See attachment A-2

located in the _____ District of _____ Maryland _____ , there is now concealed *(identify the person or describe the property to be seized)*:
See attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1341 and 18 U.S.C. § 1028A | Mail Fraud and Aggravated Identity Theft |

The application is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Autumn Brown, SA, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11 - 15 - 18

_____
*Judge's signature*

City and state: Baltimore, Maryland

Beth P. Gesner, Chief United States Magistrate Judge
*Printed name and title*